UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVGENI GENNADYEVICH OVCHINNIKOV,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:26-cv-06069-WLH-AYP<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On October 27, 2026, United States Magistrate Judge Anna Y. Park (the "Magistrate Judge") issued a Report and Recommendation granting Petitioner Evgeni Gennadyevich Ovchinnikov's (A#216-009-680) ("Petitioner") petition for a writ of habeas corpus (the "Petition"). (Dkt. No. 8 ("R&R").)

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein, and the R&R of the Magistrate Judge. The parties have not submitted any Objections to the findings in the R&R.

The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED as follows:

(1) the Report and Recommendation is accepted and adopted; and

(2) Judgment shall be entered granting the Petition.

It is further ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondents.

IT IS SO ORDERED.

DATED: October 30, 2026

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE