JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENI GENNADYEVICH OVCHINNIKOV,<br>Petitioner,<br>v.<br>WARDEN<br>Respondent. | Case No. 5:26-cv-06069-WLH-AYP<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is granted; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED: October 30, 2026

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE